**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**MIDLAND/ODESSA DIVISION**

| | | |
|---|---|---|
| **VE OPENING LLC,** *Plaintiff,* | § | |
| | § | |
| **v.** | § | **MO:25-CV-00538-DC** |
| | § | |
| **DROPBOX, INC.,** *Defendant.* | § | |

**ORDER**

Before the Court is United States Magistrate Judge Derek T. Gilliland's Report and Recommendation (Doc. 36) concerning Defendant's Motion to Dismiss for Improper Venue, or, in the Alternative, to Transfer under 1404(a) (Doc. 16). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, the Magistrate Judge filed his report and recommendation on July 1, 2026.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy and, in doing so, secure *de novo* review by the district court. When no objections are timely filed, a district court reviews the magistrate's report and recommendation for clear error. *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."). Because no objections were filed, the Court reviews for clear error.

Finding none, the Court **ADOPTS** the R&R and **GRANTS IN PART** the Motion. The request to dismiss the case is **DENIED**, but the request to transfer is **GRANTED**. This Court hereby **ORDERS** this case be **TRANSFERRED** to the Northern District of California.

This Order hereby **DENIES** the Opposed Motion to Stay Case Pending Ruling on Transfer (Doc. 37).

It is so **ORDERED**.

SIGNED this 16th day of July, 2026.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE